96-81921-001A

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

Diane E Cranmer

CASE NO: HL-96-81921
CHAPTER 13
FILED: March 22, 1996

DEBTOR (S)

FILED 2001 APR 4 AM 8:08

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 234.56 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11U.S.C. §347(a). I have checked the current matrix of creditors on file with the Clerk of the Court and find no changes of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Last Known Address | Claim No: | Amount |
|---|---|---|---|
| G E Card Services | P O Box 981068<br>El Paso, TX 79998-1068 | 11 | $234.56 |

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN          RECEIPT

Case # 96-81921    Chapter 13         # 000131998 - SB
Filed: 03/22/96    Grand Rapids       10:57 AM, April 04, 2001

| Code | Qty | Amount |
|---|---|---|
| UC | 1 | $234.56 |

Judge: Jeffrey R. Hughes
Trustee: John Bolenbaugh
Debtor(s):
  Diane E. Cranmer

ORIGINAL

TOTAL PAID: $234.56

From: John L. Bolenbaugh
P.O. Box 81007
Lansing, MI 48908-0000

John L. Bolenbaugh, Chapter 13 Trustee